UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL McGORE,

        Plaintiff,                Case No. 1:12-cv-869

v.                                     Honorable Paul L. Maloney

JILL NOVAK,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:   October 26, 2012                      /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge